**Order entered May 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01364-CR

### CARLOS MEDRANO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-40354-I**

## ORDER

Appellant, who was placed on deferred adjudication for seven years for indecency with a child by sexual contact, filed his brief on May 13, 2019. In the brief, appellant uses initials to identify the victim; however, he uses the names of certain witnesses who are children. Accordingly, we **STRIKE** the brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies any child victim or witness either generically (for example, "the youngest daughter") or by initials only.

We **DIRECT** the Clerk to send copies of this order to Brian Wayne Salvant and the Dallas County District Attorney's Office.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE